IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN PHILIPS and OPRAIL PHILIPS, ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | |
| ) | FILE NO. |
| v. ) | 1:11-CV-01672-CAP-LTW |
| ) | |
| LUEDER, LARKIN, & HUNTER, LLC, ) | JUDGE PANNELL |
| ) | MAG. JUDGE WALKER |
| Defendant. ) | |
| ) | |

## DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT AND DEFENDANT'S DEMAND FOR TRIAL BY JURY

COMES NOW, Lueder, Larkin & Hunter, LLC, Defendant in the above-styled civil action, and files this, Defendant's Answer to Plaintiffs' Complaint, Defendant's Affirmative Defenses, and Defendant's Demand for Trial by Jury, stating as follows:

### FIRST DEFENSE

Plaintiffs' Complaint, and each count thereof, fails to state a claim upon which relief can be granted against Defendant.

### SECOND DEFENSE

The Court lacks subject-matter jurisdiction to adjudicate the issues and allegations made by Plaintiffs in the Complaint.

1

### THIRD DEFENSE

Defendant asserts the defense of contributory negligence by Plaintiffs.

### FOURTH DEFENSE

Defendant asserts the defense of payment.

### FIFTH DEFENSE

Defendant asserts the defense of bona fide error.

### SIXTH DEFENSE

Plaintiffs' action is frivolous, groundless, vexatious, and intended to harass and annoy.

### SEVENTH DEFENSE

Subject to the foregoing defenses, and without waiving the same, Defendant hereby responds to the enumerated allegations of Plaintiffs' Complaint as follows:

1.

The allegations in Paragraph 1 of the Complaint are admitted.

2.

The allegations in Paragraph 2 of the Complaint are denied.

3.

The allegations in Paragraph 3 of the Complaint are admitted except as to the words "acts" or "transactions." The allegation that Defendant committed any "acts" or "transactions" relating to this civil action are denied.

4.

The allegations in Paragraph 4 of the Complaint are admitted except as to the assertion that Plaintiffs live in the "City of Alpharetta" which is denied.

5.

The allegations in Paragraph 5 of the Complaint are denied.

6.

The allegations in Paragraph 6 of the Complaint are denied.

7.

The allegations in Paragraph 7 of the Complaint are denied.

8.

The allegations in Paragraph 8 of the Complaint are admitted to the extent that Plaintiffs owe money to an entity other than Defendant; but the allegations are denied in that Plaintiffs owe a "debt" to a an entity as the word "debt" is defined within the Fair Debtor Collection Practices Act.

9.

The allegations in Paragraph 9 of the Complaint are denied.

10.

The allegations in Paragraph 10 of the Complaint are denied.

11.

The allegations in Paragraph 11 of the Complaint are admitted.

12.

The allegations in Paragraph 12 of the Complaint are denied.

13.

The allegations in Paragraph 13 of the Complaint are admitted.

14.

The allegations in Paragraph 14 of the Complaint are admitted.

15.

The allegations in Paragraph 15 of the Complaint are denied.

16.

The allegations in Paragraph 16 of the Complaint are denied.

17.

The allegations in Paragraph 17 of the Complaint are admitted except as to any allegation of e-mail communication, and such allegation of e-mail communication is denied.

18.

The allegations in Paragraph 18 of the Complaint are admitted.

19.

The allegations in Paragraph 19 of the Complaint are admitted.

20.

The allegations in Paragraph 20 of the Complaint are admitted.

21.

The allegations in Paragraph 21 of the Complaint are admitted.

22.

The allegations in Paragraph 22 of the Complaint are admitted.

23.

The allegations in Paragraph 23 of the Complaint are admitted.

24.

The allegations in Paragraph 24 of the Complaint are denied.

25.

Defendant restates Defendant's admissions and denials of the allegations of Paragraphs 1 through and including Paragraph 24 as detailed above.

26.

The allegations in Paragraph 26 of the Complaint are denied.

27.

The allegations in Paragraph 27 of the Complaint are denied.

28.

The allegations in Paragraph 28 of the Complaint are denied.

29.

Defendant restates Defendant's admissions and denials of the allegations of Paragraphs 1 through and including Paragraph 28 as detailed above.

30.

The allegations in Paragraph 30 of the Complaint are denied.

31.

The allegations in Paragraph 31 of the Complaint are denied.

32.

The allegations in Paragraph 32 of the Complaint are denied.

33.

The allegations in Paragraph 33 of the Complaint are denied.

34.

Defendant restates Defendant's admissions and denials of the allegations of Paragraphs 1 through and including Paragraph 33 as detailed above.

35.

The allegations in Paragraph 33 of the Complaint are denied.

36.

Defendant restates Defendant's admissions and denials of the allegations of Paragraphs 1 through and including Paragraph 35 as detailed above.

37.

The allegations in Paragraph 37 of the Complaint are denied.

38.

The allegations in Paragraph 38 of the Complaint are admitted, and trial by jury is also demanded by Defendant.

39.

Any allegations of the Complaint that were not specifically admitted or denied in this Answer are denied.

## TRIAL BY JURY

Defendant is entitled to and hereby demands a trial by jury.

WHEREFORE, Defendant moves that this Honorable Court:

(a) DISMISS Plaintiffs' Complaint; and

(b) DENY Plaintiffs' requests for statutory damages; and

(c) DENY Plaintiffs' requests for actual damages; and

(d) DENY Plaintiffs' requests for attorney's fees and costs; and

(e) DENY Plaintiffs' requests for pre-judgment and post-judgment interest; and

(f) ORDER Plaintiffs to pay the reasonable attorneys fees and costs incurred by Defendant in defending this civil action; and

(g) GRANT any such further relief as this Court may deem just and proper.

This 24th day of June, 2011.

                                                  Respectfully submitted,

                                                  __/s/ Daniel E. Melchi_____
                                  By:   Daniel E. Melchi
                                          Georgia Bar No. 501187
                                          Attorney for Defendant

LUEDER, LARKIN & HUNTER, LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
T:  (770) 685-7000
F:  (770) 685-7002
danielmelchi@luederlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN PHILIPS and OPRAIL PHILIPS, ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | |
| ) | FILE NO. |
| v. ) | 1:11-CV-01672-CAP-LTW |
| ) | |
| LUEDER, LARKIN, & HUNTER, LLC, ) | JUDGE PANNELL |
| ) | MAG. JUDGE WALKER |
| Defendant. ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have, this day, served a copy of the within and foregoing Defendant's Answer to Plaintiffs' Complaint, Defendant's Affirmative Defenses, and Defendant's Demand for Trial by Jury upon the interested parties in this matter by depositing a copy of the same in the United States mail, with adequate postage thereon, and addressed as follows:

    Craig J. Ehrlich, Esq.
    c/o Weisberg & Meyers, LLC
    5025 N. Central Ave. #602
    Phoenix, AZ  85012

This 24th day of June, 2011.

                                                  __/s/ Daniel E. Melchi_____
                                    By:   Daniel E. Melchi
                                                  Georgia Bar No. 501187
                                                  Attorney for Defendant

LUEDER, LARKIN & HUNTER, LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
T:  (770) 685-7000
F:  (770) 685-7002
danielmelchi@luederlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN PHILIPS and OPRAIL PHILIPS, ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | |
| ) | FILE NO. |
| v. ) | 1:11-CV-01672-CAP-LTW |
| ) | |
| LUEDER, LARKIN, & HUNTER, LLC, ) | JUDGE PANNELL |
| ) | MAG. JUDGE WALKER |
| Defendant. ) | |
| ) | |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

I hereby certify that the foregoing document has been prepared in accordance with the paper, margin, font, and other requirements of Local Rule 5.1, said font being of font time Times New Roman, point size 14.

This 24th day of June, 2011.

Respectfully submitted,

__/s/ Daniel E. Melchi_____
By:  Daniel E. Melchi
     Georgia Bar No. 501187
     Attorney for Defendant

LUEDER, LARKIN & HUNTER, LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
T:  (770) 685-7000
F:  (770) 685-7002
danielmelchi@luederlaw.com